IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK A. SYLVESTER, et al.,

    Plaintiffs,

v.                                                CIV 00-453 LCS-ACE

REBECCA M. STARCHER,

    Defendant.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    This matter is before the Court on the joint Motion for Approval of Settlement of Minors' Claims. At the request of the parties, I have reviewed the proposed agreement for settlement of the childrens' claims. In light of the information I gleaned in conjunction with the settlement conference held February 14, 2001, I recommend to the presiding judge that he find the proposed settlement to be both fair and reasonable and approve the agreement.

                                                                                 _____
                                                                                 UNITED STATES MAGISTRATE JUDGE